(134 So. 896)

### WINDHAM v. STATE.
### 4 Div. 636.

Court of Appeals of Alabama.
May 26, 1931.

334

Thos. E. Knight, Jr., Atty. Gen., for the State.

Frank de Graffenried, of Seale, for appellant.

SAMFORD, J.

After the evidence was all in, and without having been requested to do so in writing by one of the parties, the court instructed the jury orally: "Gentlemen, if you believe the evidence in this case beyond a reasonable doubt, you will find the defendant guilty and you will assess a fine against him between the limits of fifty and five hundred dollars." This was a charge upon the effect of the evidence, and may not be given unless required to do so by one of the parties. Michie's Code 1928, § 9507, and authorities there cited.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.